**Joshua R. SLATER, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 70063.**

Missouri Court of Appeals, Western District.

Dec. 28, 2010.

S. Kate Webber, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before Division One: JAMES M. SMART, JR., P.J., MARK PFEIFFER, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Joshua Slater appeals the denial of his Rule 29.15 motion for post-conviction relief. He asserts on appeal that he was denied effective assistance of trial counsel. The judgment is affirmed. Rule 84.16(b).